John T. O'Connell et al., Appellees, v. California Avenue Building Corporation, Appellant.

Gen. No. 43,280.

opinion filed June 26, 1946; rehearing denied September 18, 1946; released for publication September 19, 1946. H. J. Rosenberg and Arthur Grossman, for appellant; McKinley & Price, for appellees; William McKinley and Paul E. Price, of counsel. Opinion by JUSTICE LEWE. Not to be published in full.